IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JOANNE RIGGS,** | ) | **CASE NO. 8:04CV258** |
| Plaintiff, | ) | |
| vs. | ) | **ORDER OF DISMISSAL** |
| **MILLARD LUMBER, INC.,** | ) | |
| Defendant. | ) | |

This matter is before the Court on the parties' Stipulation for Dismissal (Filing No. 35). The stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii). The Court finds that the case should be dismissed. Accordingly,

**IT IS ORDERED**:

1. The Stipulation for Dismissal (Filing No. 35) is approved, and the relief sought therein is granted;

2. The Complaint is dismissed with prejudice; and

3. The parties will pay their own costs and attorney's fee.

Dated this 24th day of May, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge